UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------x
JEREMY DEMICK,

        Plaintiff,        Civil Action No.
                            1:10-CV-04603

    - against -

293 IRVING LLC, SAMUEL KAIRY, MEIR         **STIPULATION**
DAVID TABAK, and OYUNA GANZORIG,

        Defendants.
----------------------------------------x

    IT IS HEREBY STIPULATED that 293 IRVING LLC, SAMUEL KAIRY, MEIR DAVID TABAK's time to answer and appear, or move in this action, be and the same is hereby extended to and including the 23rd day of December, 2010.

Dated:    Millburn, New Jersey
         December 10, 2010

_____        _____
H. Jonathan Rubinstein, Esq.    Amanda Masters, Esq. (AM6721)
(HJ0237)                            Giskan Solotaroff Anderson &
The Feinsilver Law Group, P.C.    Stewart, LLP
Attorneys for Defendants         Attorneys for Plaintiff
293 IRVING LLC, SAMUEL KAIRY,     Jeremy Demick
MEIR DAVID TABAK               11 Broadway, Suite 2150
26 Court Street, Suite 2305      New York, New York 10004
Brooklyn, New York 11242        (646) 708-9004
(212) 279-1069                       amasters@gslawny.com
    - and -
215 Millburn Avenue
Millburn, New Jersey 070411
(973) 376-4400
hjr@feinsilverlaw.com