THE FEINSILVER LAW GROUP
A PROFESSIONAL CORPORATION

215 MILLBURN AVENUE
MILLBURN, NEW JERSEY 07041

(973) 376-4400
FAX (973) 376-4405

Writer's E-Mail: hjr@feinsilverlaw.com

Please respond to: **MILLBURN**

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D.N.Y.
★ AUG 12 2011 ★
BROOKLYN OFFICE

14 PENN PLAZA
225 WEST 34TH STREET
SUITE 1500
NEW YORK, NEW YORK 10122
(212) 279-1069
FAX (973) 376-4405

26 COURT STREET
SUITE 2305
BROOKLYN, NEW YORK 11242
(212) 279-1069
FAX (973) 376-4405

DAVID FEINSILVER*
H. JONATHAN RUBINSTEIN*^

* MEMBER NJ & NY BARS
^ MEMBER PA BAR

July 12, 2011

Via fax (718) 613-2345

Hon. Robert M. Levy, U.S.M.J.
United States District Court
Eastern District of New York
Brooklyn Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

                  Re: <u>Jeremy Demick v. 293 Irving LLC, et al</u>
                      Civil Action No. 1:10-CV-04603

Dear Judge Levy:

    This firm represents defendants 293 Irving, LLC; Samuel Kairy and Meir David Tabak. I received the letter that Ms. Masters sent to Your Honor yesterday afternoon. My clients disagree with a significant portion of the letter, including the allegations of non-compliance.

    I have conferred extensively with Ms. Masters, and I am hopeful that we have amicably resolved the dispute. For that reason, I am not sending a formal response to her letter at this time.

    We should know whether the dispute is resolved within the next day or two. Hopefully Your Honor will receive a letter from Ms. Masters withdrawing the one dated July 11. If not, I will send a formal reply.

                                Most respectfully yours,

                                THE FEINSILVER LAW GROUP, P.C.

                                By: _____
                                    H. Jonathan Rubinstein

cc: 293 Irving, LLC, via e-mail
    Amanda Masters, Esq., via e-mail

# THE FEINSILVER LAW GROUP
### A PROFESSIONAL CORPORATION

**215 MILLBURN AVENUE**
**MILLBURN, NEW JERSEY 07041**

(973) 376-4400
FAX (973) 376-4405

E-Mail: HJR@feinsilverlaw.com

Please respond to: **MILLBURN**

**14 PENN PLAZA**
**225 WEST 34TH STREET**
**SUITE 1500**
**NEW YORK, NY 10122**
(212) 279-1069
FAX (973) 376-4405

**26 COURT STREET**
**SUITE 2305**
**BROOKLYN, NY 11242**
(212) 279-1069
FAX (973) 376-4405

**FROM:** H. Jonathan Rubinstein, Esq.   **DATE:** July 12, 2011

**RE:** 293 Irving, LLC adv. Demick    **NO. OF PAGES INCL. COVER SHEET:** 2

---

**SENT TO:**

Hon. Robert M. Levy, U.S.M.J.
U.S. District Court, Eastern District of N.Y.
Fax: (718) 613-2345

**COMMENTS:**

If you have a problem with receipt of this fax, or do not receive all of the pages, please call (973) 376-4400

The information contained in this fax communication is privileged, confidential and intended only for the use of the individual or entity named above. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, any dissemination, distribution or copying of these faxed contents by you is strictly prohibited. If you have received this fax in error, please immediately notify us by telephone and destroy the contents. Thank you.